**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
_____ :
Caption in Compliance with D.N.J. LBR 9004-2(c) :
_____ :
Law Office Peter Zimnis :
1245 Whitehorse Mercerville Road :
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
_____ :
In re: :
AMY FRANCO :
 :
 :
Debtors :
: Case No.:  15-17972
:
: Chapter 13
:
_____: Judge:  Kaplan

**Order Filed on October 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: October 19, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Amy Franco
Case No.:  15-17972 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

     The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

     ___x__  through the Chapter 13 Plan as an administrative priority from
              funds on hand
     _____  outside the Plan

     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $1,413 per month for the remaining months to allow for payment of aforesaid fee.