**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Amy Franco** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN   xxx–xx–4731

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number:   15–17972–MBK

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amy Franco
aka Amy F Rodriguez

5/13/19

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-17972-MBK
Amy Franco                                                      Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: May 13, 2019
                             Form ID: 3180W        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db            +Amy Franco,   POB 2372,   Princeton, NJ 08543-2372
515479713     +Citibank (Best Buy),   PO Box 790110,   Saint Louis, MO 63179-0110
515479715     +Citizens Auto Finance,   One Citizens Drive,   Riverside, RI 02915-3032
515573506     +Citizens One Auto Finance fka Rbs Citizens NA,   443 Jefferson Blvd,   RJW 135,
               Warwick R.I. 02886-1321
515479717     +Comenity Capital (West Elm),   PO Box 182120,   Columbus, OH 43218-2120
516639170     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
516639171     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515479708     +EDI: BANKAMER.COM May 14 2019 03:23:00    Bank of America,   4161 Piedmont Pkwy,
               Greensboro, NC 27410
515700596     +EDI: BANKAMER.COM May 14 2019 03:23:00    BANK OF AMERICA, N.A.,   P.O. BOX 5170,
               SIMI VALLEY, CA 93062-5170
515479709     +EDI: BANKAMER.COM May 14 2019 03:23:00    Bank of America,   1825 East Buckeye Road,
               Phoenix, AZ 85034-4216
515479710     +E-mail/Text: cms-bk@cms-collect.com May 14 2019 00:04:20    Capital Management Services, Inc.,
               Re:  Discover,   726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
515479711     +EDI: CHASE.COM May 14 2019 03:23:00    Chase Bank USA,   800 Brooksedge Blvd,
               Westerville, OH 43081-2822
515479712     +EDI: CITICORP.COM May 14 2019 03:23:00    Citibank,   PO Box 6500,
               Sioux Falls, SD 57117-6500
515479714     +EDI: CITICORP.COM May 14 2019 03:23:00    Citibank (Zales),   PO Box 6241,
               Sioux Falls, SD 57117-6241
515704243     +EDI: CITICORP.COM May 14 2019 03:23:00    Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
515479716     +EDI: WFNNB.COM May 14 2019 03:23:00    Comenity Capital (J Crew),   PO Box 182120,
               Columbus, OH 43218-2120
515479718     +EDI: DISCOVER.COM May 14 2019 03:23:00    Discover,   PO Box 71084,   Charlotte, NC 28272-1084
515497334      EDI: DISCOVER.COM May 14 2019 03:23:00    Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
515479719     +EDI: RMSC.COM May 14 2019 03:23:00    GEMB/GAP,   PO Box 103104,   Roswell, GA 30076-9104
515479720     +E-mail/Text: bk@lendingclub.com May 14 2019 00:05:20    Lending Club,   71 Stevenson St,
               Ste 300,   San Francisco, CA 94105-2985
515705893      EDI: PRA.COM May 14 2019 03:23:00    Portfolio Recovery Associates, LLC,   c/o Gap,
               POB 41067,   Norfolk VA 23541
515479721     +E-mail/Text: bankruptcy@prosper.com May 14 2019 00:05:22    Prosper Marketplace,
               101 2nd Street,   floor 15,   San Francisco, CA 94105-3672
515587274     +EDI: Q3G.COM May 14 2019 03:23:00    Quantum3 Group LLC as agent for,   Comenity Bank,
               PO Box 788,   Kirkland, WA  98083-0788
515639222     +EDI: WFFC.COM May 14 2019 03:23:00    WELLS FARGO BANK, N.A.,   MAC: X2505-036,   PO BOX 10438,
               DES MOINES, IA 50306-0438
515479722     +EDI: WFFC.COM May 14 2019 03:23:00    Wells Fargo,   PO Box 11701,   Newark, NJ 07101-4701
515479723     +EDI: WFFC.COM May 14 2019 03:23:00    Wells Fargo,   PO Box 29704,   Phoenix, AZ 85038-9704
515700131     +EDI: WFFC.COM May 14 2019 03:23:00    Wells Fargo Card Services,   1 Home Campus 3rd Floor,
               Des Moines, IA 50328-0001
515631449      EDI: ECAST.COM May 14 2019 03:23:00    eCAST Settlement Corporation, assignee,
               of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                          TOTAL: 23


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515700132*    +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 13, 2019
                              Form ID: 3180W           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John  Zimnis   on behalf of Debtor Amy  Franco njbankruptcylaw@aol.com.
          R. A. Lebron   on behalf of Creditor   BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                         TOTAL: 4
```